IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY and
EARTH ISLAND INSTITUTE,

    Plaintiffs,

 v.

DEAN GOULD and
THE UNITED STATES FOREST SERVICE,

    Defendants.

No. 1:15-cv-1329- -GSA

[~~PROPOSED~~] ORDER

Upon consideration of the Parties' Joint Stipulation for a Scheduling Order to Brief Plaintiffs' Impending Motion for a Temporary Restraining Order or Preliminary Injunction, and for good cause shown, the Court hereby orders the Parties to follow this schedule for briefing any motion for a temporary restraining order or preliminary injunction.

1. <u>September 8, 2015</u>: By this date, Plaintiffs Center for Biological Diversity and the Earth Island Institute (collectively, the Center) shall file any motion for a temporary restraining order or a preliminary injunction.

2. <u>September 11, 2015</u>: By this date, the Forest Service (a) shall file its notice of lodging of its Administrative Record for the French Fire and Reforestation Project Decision Notice and Finding of No Significant Impact and (b) shall lodge the Forest Service's Administrative Record via overnight mail. The Forest Service shall submit the record in electronic format on a flash drive for the Court's and the Parties' convenience. The Forest Service shall not file all of the documents in its record via ECF.

3. <u>September 15, 2015</u>: By this date, Defendants Dean Gould and the Forest Service shall file any response to the Center's motion for a temporary restraining order or a preliminary injunction. Also by this date the Forest Service shall file any motion to strike that it deems necessary.

4. <u>September 16, 2015</u>: By this date, if the Forest Service files any motion to strike, the Center may file a response. In addition, by this date, the Center shall file any motion to strike that it deems necessary.

5. <u>September 17, 2015</u>: By this date, the Center shall file any reply to its motion for a temporary restraining order or a preliminary injunction. Also by this date, if the Center files a response to a Forest Service motion to strike, the Forest Service shall file any reply to its motion.

6. <u>September 21, 2015 at 2:00 p.m.</u>:  The hearing on the motion for a temporary restraining order or a preliminary injunction shall take place on this date and time.

IT IS SO ORDERED.

Dated:  September 9, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE