IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE,<br><br>          Plaintiffs,<br><br>  v.<br><br>DEAN GOULD and<br>THE UNITED STATES FOREST SERVICE,<br><br>          Defendants. | No. 1:15-cv-1329-WBS-GSA<br><br><br>**ORDER** |

Upon consideration of the Parties' Joint Stipulation to Modify the Scheduling Order for Briefing Plaintiffs' Motion for a Temporary Restraining Order or Preliminary Injunction, and for good cause shown, the Court hereby stays briefing of Plaintiffs Center for Biological Diversity and Earth Island Institute's (the Center) motion for a temporary restraining order or a preliminary injunction. ECF No. 12; *see* Order (Sept. 9, 2015), ECF No. 13.

The Parties shall file by September 23, 2015, a joint status report proposing further proceedings.  The September 21, 2015 hearing date is vacated.

IT IS SO ORDERED.

Dated:  September 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -