IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE,<br><br>     Plaintiffs,<br><br>  v.<br><br>DEAN GOULD and<br>THE UNITED STATES FOREST SERVICE,<br><br>     Defendants. | No. 1:15-cv-1329-WBS-GSA<br><br>**ORDER** |

Upon consideration of the Parties' Joint Stipulation for a Scheduling Order to Expedite Briefing of Cross-Motions for Summary Judgment, and for good cause shown, the Court hereby directs the Parties to follow this schedule for briefing cross-motions for summary judgment.

1. <u>October 20, 2015:</u> By this date, the Center for Biological Diversity and the Earth Island Institute (the Center) shall file their motion for summary judgment. The Center's brief shall not exceed twenty pages (excluding the caption, tables, and the signature block).

2. <u>October 30, 2015:</u> By this date, Dean Gould and the Forest Service (the Forest Service) shall file their cross-motion for summary judgment with a consolidated brief in support of that motion and in opposition to Plaintiffs' motion. The Forest Service's brief shall not exceed twenty pages (excluding the caption, tables, and the signature block).

3. <u>November 4, 2015:</u> By this date, if the Court grants Sierra Forest Products' motion to intervene, Sierra Forest Products shall file any cross-motion for summary judgment and consolidated brief in support of that motion and in response to the Forest Service's and Center's motions. That brief shall not exceed twenty pages (excluding the caption, tables, and the signature block).

4. <u>November 9, 2015:</u> By this date, the Center shall file its consolidated brief in reply to

its motion for summary judgment and in opposition to the Forest Service's cross-motion. That brief shall not exceed ten pages (excluding the caption, tables, and the signature block).

5. <u>November 16, 2015:</u> By this date, the Forest Service shall file its brief in reply to their cross-motion. That brief shall not exceed ten pages (excluding the caption, tables, and the signature block).

6. <u>November 30, 2015 at 2:00 p.m.:</u> The hearing on the cross-motions for summary judgment shall take place on this date and time.

IT IS SO ORDERED.

Dated:  October 13, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE