IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEAN GOULD and THE UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>SIERRA FOREST PRODUCTS, a California Corporation,<br><br>Proposed Defendant-Intervenor. | No. 1:15-cv-1329-WBS-EPG<br><br>**ORDER** |

Upon consideration of the Parties' joint stipulation to waive the Forest Service's responsibility to answer Plaintiffs' Complaint, and for good cause shown, the Court hereby waives the Forest Service's responsibility to answer Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated:  November 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -