Justin Augustine (CA Bar No. 235561)
Anchun Jean Su (CA Bar No. 285167)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(415) 436-9682
jaugustine@biologicaldiversity.org
jsu@biologicaldiversity.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEAN GOULD, Sierra National Forest Supervisor, and the UNITED STATES FOREST SERVICE,<br><br>    Defendants, and<br><br>SIERRA FOREST PRODUCTS, a California Corporation,<br><br>    Defendant-Intervenor. | No. 1:15-cv-01329-WBS-EPG<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: January 4, 2016<br>Time: 2:00 PM<br>Courtroom: 5, 14th Floor |

1  Under Local Rule 143, the Parties have stipulated to request the Court to vacate the requirements for a joint status report and status conference in the Court's Status (Pretrial Scheduling) Order. ECF No. 11. The Parties believe that this case has progressed beyond any need for pretrial scheduling.

On September 4, 2015, this Court ordered counsel to appear for a January 4, 2016, status (pretrial scheduling) conference, and to submit a joint status report fourteen calendar days before then. *Id.* Since then, the Parties have briefed this case on cross-motions for summary judgment, and the Court has held oral argument on November 30, 2015. Minutes, ECF No. 30. The Parties therefore jointly request the Court vacate the Order to the extent it requires the January 4, 2016, Status Conference and its associated Status Report.

Approving this stipulation will not cause undue prejudice or harm to the Parties' rights or interests because there are no current deadlines in this case, and the Parties do not anticipate a trial. Further, approving this stipulation will serve the public interest by conserving the Court's and the Parties' scarce and valuable resources that they would otherwise spend on the status conference and the joint status report.

Respectfully submitted this 9th day of December,

/s/ Justin Augustine
Justin Augustine (CA Bar No. 235561)
Anchun Jean Su (CA Bar No. 285167)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(415) 436-9682
jaugustine@biologicaldiversity.org
jsu@biologicaldiversity.org
*Attorneys for Plaintiffs*

JOHN C. CRUDEN
Assistant Attorney General

/s/ Jared S. Pettinato (by JJA with authorization)
JARED S. PETTINATO, MT Bar No. 7434

Civ. No. 1:15-cv-01329-WBS-GSA
STIPULATION TO VACATE STATUS CONFERENCE  2

JULIE S. THROWER, CA Bar No. 253472
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0203 (Pettinato)
(415) 744-3161 (Thrower)
(202) 353-0506 (fax)
Jared.Pettinato@usdoj.gov
Julie Thrower @usdoj.gov
*Attorneys for Federal Defendants*

Of Counsel for Federal Defendants:

Ritu Ahuja
Attorney
Office of the General Counsel
United States Department of Agriculture


Thomas C. Brodersen #128411
WILLIAMS, BRODERSEN & PRITCHETT LLP
2222 West Main Street
Visalia, California 93291
Telephone: (559) 635-9000
Facsimile: (559) 635-9085
E-mail: brodersen@wbplawyers.com

/s/ Lawson Fite (by JJA with authorization)
Lawson Fite (Ore. Bar #055573), *Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org
*Attorneys for Defendant-Intervenor*

Civ. No. 1:15-cv-01329-WBS-GSA
STIPULATION TO VACATE STATUS CONFERENCE                                      3

1  Pursuant to the above Stipulation, the Court hereby vacates its September 4, 2015, Order
2  to the extent it ordered the Parties to attend a January 4, 2016, Status Conference, and to the
3  extent it required the Parties to file a joint status report.
4  IT IS SO ORDERED.

6  Dated: December 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

/s/ Justin Augustine
JUSTIN AUGUSTINE