IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE,<br><br>     Plaintiffs,<br><br>     v.<br><br>DEAN GOULD, Sierra National Forest Supervisor, and<br>THE UNITED STATES FOREST SERVICE,<br><br>     Defendants, and<br><br>SIERRA FOREST PRODUCTS, a California Corporation,<br><br>     Defendant-Intervenor. | No. 1:15-cv-1329-WBS-EPG<br><br>***REVISED***<br>**ORDER** |

Upon consideration of the Parties' joint stipulation to reset the hearing, and for good cause shown, the Court hereby approves the stipulation.

1. Plaintiffs shall file their brief in opposition to Federal Defendants' brief by May 27, 2016.

2. Federal Defendants and Defendant-Intervenor shall file any reply briefs by June 15, 2016.

3. The Court shall hear Federal Defendants' motion to dissolve the injunction for June 20, 2016, at 1:30 p.m.

4. Counsel whose offices are outside the State of California may appear telephonically.

1  Attorneys whose offices are within the State of California shall appear personally at the hearing.

2  The courtroom deputy shall email counsel outside the State of California with instructions on

3  how to participate telephonically.

4

5      IT IS SO ORDERED.

6  Dated:  May 3, 2016

WILLIAM B. SHUBB
7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28