**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE, | Civ. No. 1:15-cv-01329-WBS-EPG |
| Plaintiffs, | **Order Granting Joint Motion to Stay** |
| v. | |
| DEAN GOULD, Sierra National Forest Supervisor; and UNITED STATES FOREST SERVICE, | |
| Federal Defendants, and | |
| SIERRA FOREST PRODUCTS, | |
| Intervenor. | |

Based on the joint motion of the parties to stay resolution of Plaintiffs' motion for attorney fees and costs, and good cause shown, the time for filing defendants' response to plaintiffs' motion for attorney fees and costs is extended to September 29, 2016, and plaintiffs' reply shall be filed by October 6, 2016. The motion will be heard on October 24, 2016, at 1:30 p.m. September 15, 2016, Plaintiffs and Defendants shall file a status report on their efforts to resolve Plaintiffs' motion. If the matter is settled, and the motion is withdrawn by September 15, 2016, the parties need not file their briefs and the motion will be dropped from the court's calendar.

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order