IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE,

    Plaintiffs,

        v.

DEAN GOULD, Sierra National Forest Supervisor, and
THE UNITED STATES FOREST SERVICE,

    Defendants, and

SIERRA FOREST PRODUCTS, a California Corporation,

    Defendant-Intervenor.

No. 1:15-cv-1329-WBS-EPG

**ORDER**

Upon consideration of the Parties' joint status report and stipulation for a forty-two day extension, and for good cause shown, the Court hereby grants the motion.

The Parties shall file a second joint status report on their efforts to resolve Plaintiffs' motion by October 27, 2016. Federal Defendants' shall file their response to Plaintiffs' motion for attorney fees and costs by November 17, 2016, and Plaintiffs shall file their reply by November 24, 2016. The motion will be heard on December 12, 2016, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  September 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE